IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01086-PAB-MJW

UNITED STATES OF AMERICA,

Plaintiff(s),

v.

6941 MORRISON DRIVE, DENVER, COLORADO,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Application for Writ of Entry, (Document Number 6), filed with the Court on April 24, 2012, has been considered by the Court and the application shall be APPROVED AND GRANTED.  The proposed Writ of Entry (Document Number 1-1) is APPROVED and shall be ENTERED as an Order of the Court.

Date:  April 25, 2012