IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01086-PAB-MJW

UNITED STATES OF AMERICA,

Plaintiff(s),

v.

6941 MORRISON DRIVE, DENVER, COLORADO,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff USA's Motion to Vacate Scheduling Conference and Related Deadlines (docket no. 20) is GRANTED finding good cause shown.  The Rule 16 Scheduling Conference set on July 10, 2012, at 10:00 a.m. is VACATED and reset to August 27, 2012, at 2:30 p.m.  The parties shall file their proposed Rule 16 Scheduling Order with the court five (5) days prior to the Rule 16 Scheduling Conference.

Date: July 5, 2012