IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01086-PAB-MJW

UNITED STATES OF AMERICA,

Plaintiff(s),

v.

6941 MORRISON DRIVE, DENVER, COLORADO,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Unopposed Motion to be Excused from Scheduling Conference on 8/27/12 (Docket No. 27) is denied as moot.  The court granted an identical motion filed on August 22 (Docket No. 24).  See Docket No. 26, allowing attorney Yosy V. Janson, counsel for Marshall Recovery, LLC, to be excused from appearing at August 27, 2012, scheduling conference.

Date: August 24, 2012