# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.**  12-cv-01086-PAB-MJW | FTR - Courtroom A-502 |
| **Date:**  November 16, 2012 | Courtroom Deputy, Ellen E. Miller |
| _Parties_ | _Counsel_ |
| UNITED STATES OF AMERICA, | Tonya S. Andrews |
| Plaintiff(s), | |
| v. | |
| 6941 MORRISON DRIVE, DENVER, COLORADO, | - - - - |
| Defendant(s). | |
| MARSHALL RECOVERY, LLC, | - - - - |
| RICHARD A. MAES, | Travis B. Simpson |
| Claimant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING:  TELEPHONIC  MOTION  HEARING**
**Court in session:**   8:34 a.m.
Court calls case.  Appearances of counsel.

Discussion is held regarding status of the criminal case pending against claimant Richard Maes in Adams County 12CR720.  It is noted a Pretrial Conference is set January 16, 2013.  It is believed the criminal trial is set the week of January 21, 2013.

Discussion is held regarding pending motions.

**It is ORDERED:**   Claimant Richard Maes shall have up to and including **NOVEMBER 23, 2012** within which to respond to United States' MOTION TO STRIKE CLAIMANT MAES'S SECOND AND THIRD DEFENSES [Docket No. **34**, filed September 17, 2012].

**It is ORDERED:**   Claimant Richard Maes' UNOPPOSED MOTION TO STAY PROCEEDINGS [Docket No. **37**, filed November 13, 2012] is **GRANTED** in that <u>discovery</u> is STAYED, for reasons as set forth on the record, up to and including **JANUARY 28, 2013**.

**It is ORDERED:**   A **TELEPHONIC STATUS CONFERENCE** is set **JANUARY 28, 2013 at 8:30 a.m.**

All participating parties are to be on the call *before* the Court is contacted; Plaintiff shall create the conference call. Once the conference call is established, the Court shall be added as the final connection by dialing (303) 844-2403 at the scheduled time.
Topics of discussion will include
(1)   Status of the case in Adams County 12CR720
(2)   Stay of discovery
(3)   Status of forfeiture case

Plaintiff notes a settlement has been reached with claimant Marshall Recovery, LLC.

HEARING CONCLUDES.

**Court in recess:**   8:48 a.m.
Total In-Court Time:   00:14

To order a transcript of this proceedings, contact Avery Woods Reports   (303) 825-6119 or   Toll Free   1-800-962-3345.