# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-01086-PAB-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

6941 MORRISON DRIVE, DENVER, COLORADO,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 70] of Judge Philip A. Brimmer entered on December 19, 2013 it is

**ORDERED** that United States' Motion for Summary Judgment [Docket No. 50] is **GRANTED**. It is further

**ORDERED** that all right, title, and interest in defendant property 6941 Morrison Drive, Denver, Colorado, is forfeited to plaintiff the United States of America, subject to the terms set forth in settlement agreements between plaintiff and third parties. It Is further

**ORDERED** that the action is dismissed.

Dated at Denver, Colorado this 30th day of December, 2013.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

s/Kathy Preuitt-Parks

Kathy Preuitt-Parks
Deputy Clerk