IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 12-cv-01086-PAB-MJW

UNITED STATES OF AMERICA,

      Plaintiff,

v.

6941 MORRISON DRIVE, DENVER, COLORADO,

      Defendant.
_____

**FINAL ORDER OF FORFEITURE**
_____

This matter comes before the Court on the United States' Motion for Final Order of Forfeiture [Docket No. 72]

The Court having reviewed the motion and being fully advised in the premises finds that

The United States commenced this action *in rem* pursuant to 21 U.S.C. § 881;

All known parties have been provided with an opportunity to respond and publication has been effected as required by Supplemental Rule G(4);

Richard Maes, the sole record title owner of defendant property, was personally served with a copy of the United States' Verified Complaint for Forfeiture *In Rem* on July 23, 2012.

Notice of Civil Forfeiture was also posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning May 3, 2012, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime

Claims and Asset Forfeiture Actions, as evidenced by the Notice of Publication filed with the Court on December 3, 2012.  [Docket No. 45].

On May 17, 2012, Marshall Recovery, LLC filed its Claim and Answer stating its judgment interest against defendant Morrison Drive. [Docket Nos. 14 and 15].  The United States and Marshall Recovery, LLC have entered into a Settlement Agreement, which resolves all issues with regards to Marshall Recovery's interest in the defendant property.

The United States and lienholder JP Morgan Chase have also entered into a Settlement Agreement, which resolves all issues with regards to JP Morgan Chase's lienholder interest in the defendant property.

On December 19, 2013, the United States' Motion for Summary Judgment was granted [Docket No. 70], forfeiting Richard Maes' right, title and interest in defendant Morrison Drive.

No other claims to the defendant property have been filed and the time frame in which to file a claim has expired.

NOW, THEREFORE, IT IS

**ORDERED** that  the United States' Motion for Final Order of Forfeiture [Docket No. 72] is granted.  It is further

**ORDERED** that judgment of forfeiture shall enter in favor of the United States; the United States shall have full and legal title to the below described forfeited property and may dispose of it in accordance with law:

6941 Morrison Drive, Denver, Colorado, which is more fully described as:

Pearl Mack Manor, Block 23, Lot 15, Adams County, State of Colorado.

It is further

     **ORDERED** that a Certificate of Reasonable Cause, which this Order constitutes,

is granted as to all defendants pursuant to 28 U.S.C. § 2465.


     DATED January 6, 2014.

                          BY THE COURT:


                          s/Philip A. Brimmer
                          PHILIP A. BRIMMER
                          United States District Judge