IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01086-PAB-MJW

UNITED STATES OF AMERICA,

       Plaintiff,

v.

6941 MORRISON DRIVE, DENVER, COLORADO,

       Defendant.

_____

**AMENDED FINAL JUDGMENT**

       Pursuant to and in accordance with Fed. R. Civ. P. 58(a), the Order for Summary Judgment (Doc. 70) and the Final Order of Forfeiture (Doc. 78) entered by the Honorable Judge Philip A. Brimmer, the following AMENDED JUDGMENT is hereby entered:

       1.    That forfeiture of the following defendant property, including all right, title, and interest is hereby entered in favor of the United States pursuant to 21 U.S.C. § 881:

       6941 Morrison Drive, Denver, Colorado (defendant "Morrison Drive"), which is more fully described as:

       Pearl Mack Manor, Block 23, Lot 15, Adams County, State of Colorado.

       2.    That the United States shall have full and legal title as to the forfeited property and may dispose of said property in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement;

       3.    That the Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause as to all of the defendant property under 28 U.S.C. § 2465.

4.  That Plaintiff, United States of America is awarded its costs, if any, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1 upon the filing of a Bill of Costs within fourteen days' entry of judgment.

Dated at Denver, Colorado this 9th day of January, 2014.

JEFFREY P. COLWELL
Clerk of the U.S. District Court

By: _s/M. Fields_____
Deputy Clerk